FILED

07 OCT 30 PM 1:03

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:    *CP*    DEPUTY

1  Michael D. Harris (Calif. Bar. No. 59,470)
   Email: mharris@socalip.com
2  Steven C. Sereboff, (Cal. Bar No. 156,731)
   Email: ssereboff@socalip.com
3  M. Kala Sarvaiya, Cal. Bar No. 238,453
   Email: ksarvaiya@socalip.com
4
5  SOCAL IP LAW GROUP LLP
   310 N. Westlake Blvd., Suite 120
6  Westlake Village, CA 91362
7  Phone: (805) 230-1350 x246 • Fax: (805) 230-1355

8  Attorneys for Plaintiff White Cap Construction Supply, Inc.

**UNITED STATES DISTRICT COURT**

9
**SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| White Cap Construction Supply, Inc., | '07 CV 2064 WQH CAB |
| 11    Plaintiff, | Case No. |
| 12    v. | Complaint Against Domain Name in rem to Transfer Domain Name Under the Anticyber-squatting Consumer Protection Act, 15 U.S.C. § 1125(d) |
| 13  The Domain Name *oceanographical.com*, in rem, TierraNet, Inc., Domain Name Registrar | |
| 14    Defendant. | |

15

16      Plaintiff White Cap Construction Supply, Inc. ("White Cap") for its complaint

17  against the domain name *oceanographical.com*, alleges as follows:

18                    **FIRST CLAIM FOR RELIEF**

19    **(ANTICYBERSQUATTING CONSUMER PROTECTION ACT – 15 U.S.C. § 1125(d))**

20  **A.    JURISDICTION**

21      1.    This claim for relief arises under the Lanham Trademark Act, 15 U.S.C.

22  §§ 1051-1127.

23      2.    This court has subject matter jurisdiction over this claim for relief under 28

24  U.S.C. § 1338, 15 U.S.C. § 1121(a) and other federal statutes.

25  **B.    THE PARTIES, PERSONAL JURISDICTION AND VENUE**

26      3.    Plaintiff White Cap is a Delaware corporation with its principal place of business

27  at 3120 Airway Avenue, Costa Mesa, California 92626.

28

---

Complaint                              1

4. Plaintiff White Cap owns the United States trademark registrations that are the subject matter of this lawsuit.

5. TierraNet, Inc ("TierraNet") is the registrar of the domain name at issue, *whitecap.com*. TierraNet's principal place of business is 14284 Danielson St., Poway, CA 92064, in this district.

6. According to the "Whois" database, *whitecap.com* is registered to *oceanographical.com*, which allegedly is located at 3453 Ingraham St., Suite B, San Diego, CA 92109. However, the on information and belief, the 3453 Ingraham Street address is that of a commercial mail receiving agency at which oceanograohical.com has a private mailbox. It is not a physical business address.

7. The "Whois" database also says that the domain name registrar for *oceanographical.com* is AW Registry, Inc. However, a representative of the parent corporation of AW Registry, Inc. informed plaintiff that all web-hosting accounts for AW Registry, Inc. were sold to TierraNet and that TierraNet is the registrar for whitecap.com. Nevertheless, the "Whois" database continues to list AW Registry, Inc. as the domain name registrar for *oceanographical.com*.

8. AW Registry, Inc. claimed to have no information about the owners of *oceanographical.com* other than its address. No company has registered the fictitious name *"oceanographical.com"* with the San Diego County Clerk although any business operating in San Diego County under the name *oceanographical.com* is required to register the name with the county clerk. No company has registered a corporate name *oceanographical.com* with the California Secretary of State. Consequently, plaintiff is unable to obtain *in personam* jurisdiction over a person who would have been a defendant in a civil action under 15 U.S.C. § 1125(d)(1).

9. This court has *in rem* jurisdiction under 15 U.S.C. § 1125(d)(2) over the domain name *whitecap.com* because its domain name registrar resides in this district.

10. Venue is proper in this district under 28 U.S.C. § 1391(b)(3) because the domain name property is in this district.

## C.   PLAINTIFF'S TRADEMARK RIGHTS

11.  White Cap's predecessor in interest founded a store named White Cap Construction Supply in 1976 to provide quality tools and services for the professional contractor community. Today, White Cap's operates over 150 "White Cap" stores throughout the United States.

12.  Over the past 31 years, White Cap and its predecessor in interest have built a strong reputation of being a leader in providing quality products and quality services to the professional contractor community.

13.  On or before May 25, 1984, White Cap through its predecessors in interest, commenced using the trademark WHITE CAP in interstate commerce for "retail store and distributorship services in the field of construction tools, equipment and materials" ("the Services"). In this complaint, the term "WHITE CAP" in all upper case letters refers to plaintiff's trademarks and service marks without limitation to the font, capitalization or stylization. White Cap's and its predecessor in interest's use of the trademark WHITE CAP in interstate commerce has been continuous for the Services since May 25, 1984

14.  White Cap owns United States Trademark Registration No. 1,478,065 in International Class 42 for the trademark WHITE CAP for the Services (Exhibit A). Registration No. 1,478,065 is incontestable within the meaning of 15 U.S.C. § 1065.

15.  White Cap and its predecessors also have used the trademark WHITE CAP continuously since February 1, 2004, in interstate commerce on non-metal building materials, namely, soffits, sewer and drain pipe of ceramic or earthenware or concrete or sandstone; deck drains of concrete or ceramic; bituminous waterproofing sheets; non-metal storm water pollution prevention products used as construction materials, namely storm water channels, erosion control jute mesh mats, silt fencing, drain filters, sand bags; non-metal concrete forming products, namely, panels, grout bags, rock texture mats, non-chemical concrete bond brakers, expansion board, curb and gutter felt, rebar caps, column forms, and form board ("the Goods").

16.  White Cap owns United States Trademark Registration Nos. 3, 026,843 and 3,048,812 in International Class 19 for the trademark WHITE CAP (stylized and not stylized formats) for the Services (Exhibits B and C).

17.  White Cap also owns other United States trademark registrations for marks that include the words "white cap."

18.  White Cap owns considerable goodwill in the WHITE CAP trademark for the Goods and the Services. The trademark is inherently distinctive, has acquired secondary meaning and is famous.

**D.   TODD ESREY'S UNAUTHORIZED USE OF THE WHITE CAP TRADEMARK**

19.  In or about October 2004, non-party Todd Esrey, registered the domain name *whitecap.com* ("Infringing Domain Name"). Esrey also may have registered other domain names that are identical or confusingly similar to trademarks owned by White Cap.

20.  Esrey's illegally registered *whitecap.com* domain name incorporates "White Cap," a term that is identical or confusingly similar to White Cap's registered trademark.

21.  White Cap neither licensed nor authorized Esrey to use the WHITE CAP trademark or to register any domain names that incorporate "White Cap" or any identical or confusingly similar term.

22.  Esrey knew at all relevant times that the domain names he registered were identical or confusingly similar to White Cap's trademarks, and Esrey willfully infringed White Cap's trademarks.

23.  On numerous occasions, White Cap notified Esrey that White Cap demanded that Esrey transfer the *whitecap.com* domain name to White Cap and that White Cap intended to sue Esrey if he refused.

24.  Esrey admitted that he knew about White Cap, its business and its ownership of the WHITE CAP trademark. Nevertheless, he still refused to transfer the *whitecap.com* domain name to White Cap.

25.  Esrey also admitted that he knew that the *whitecap.com* domain name was valuable to White Cap and that White Cap would seek to obtain the domain name from him.

Complaint                                    4

26.  After White Cap complained to Esrey and demanded that Esrey transfer the *whitecap.com* domain name to White Cap, on information and belief, either Esrey caused the fictitious *oceanographical.com* entity to register the domain name, or he transferred the *whitecap.com* domain name to the fictitious *oceanographical.com* entity.

27.  Persons entering *www.whitecap.com* on a web browser are redirected to a website of the United States government and a particular webpage about ocean conditions. That webpage is otherwise available to the public through a United States Navy website at *https://www.fnmoc.navy.mil/CGI/ww3_loop.cgi?color=w&area=glo&prod=wcap_prbl*. Thus, persons who enter www.*whitecap.com* on their Internet browsers first are redirected to www.*oceanographical.com*. Although the browser continues to show www.*oceanographical.com* as the web address, the browser displays a single page of an otherwise publicly available United States government website. The www.*whitecap.com* and www.*oceanographical.com* web sites display no other content and link to no third-party web sites.

28.  Esrey and *oceanographical.com* committed their acts with the intent to deceive and cause confusion and mistake, and were otherwise deliberate, knowing, willful or in bad faith.

29.  White Cap has been and will continue to be damaged by the acts of Esrey and *oceanographical.com*.

30.  Esrey registered the domain name *whitecap.com* with bad faith intent to profit from the plaintiff's WHITE CAP trademark and their goodwill or otherwise to damage White Cap. Esrey or *oceanographical.com*'s continued retention of the *whitecap.com* domain name is in bad faith.

31.  Plaintiff's WHITE CAP trademark was distinctive when Esrey's registered *whitecap.com* as his domain name.

32.  The infringing domain name *whitecap.com* is identical or confusingly similar to and dilutive of the WHITE CAP trademark.

33. Esrey has a history of cybersquatting. On October 29, 2004, Simpson Strong-Tie Company Inc. sued Esrey in the United States District Court for the Northern District of California because of Esrey's registration of the domain names *simpsonstrongtie.com, simpsonstrong-tie.com, strong-tie.com* and *strong-wall.com*. Even after Simpson Strong-Tie filed suit, Esrey would not transfer the domain names to Simpson Strong-Tie though Esrey knew that his registration of the domain names was in bad faith and in violation of Simpson Strong-Tie's rights. Esrey failed to answer the complaint, defaulted and had a default judgment entered against him. The court awarded $30,468 in damages and attorney fees and ordered Esrey to transfer the domain names.

34. Esrey's actions violate the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d).

## PRAYER FOR RELIEF

WHEREFORE, plaintiff White Cap prays for judgment as follows:

35. For an order directing TierraNet, the domain name registrar, to transfer the domain name registration and ownership of the domain name *whitecap.com* to plaintiff permanently.

36. For costs of suit.

37. For such other and further relief as the court may deem just and proper.

October 22, 2007

Michael D. Harris (Calif. Bar. No. 59,470)
Steven C. Sereboff, (Cal. Bar No. 156,731)
M. Kala Sarvaiya, Cal. Bar No. 238,453
**SOCAL IP LAW GROUP LLP**

Attorney for Plaintiff White Cap Construction Supply, Inc.

Complaint                                    6

 United States Patent and Trademark Office

Home Site Index Search FAQ Glossary Guides Contacts eBusiness eBiz alerts News Help

Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Apr 14 04:19:30 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout Please logout when you are done to release system resources allocated for you.

**Record 1 out of 1**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *(Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | WHITE CAP |
| **Goods and Services** | IC 042. US 101. G & S: RETAIL STORE AND DISTRIBUTORSHIP SERVICES IN THE FIELD OF CONSTRUCTION TOOLS, EQUIPMENT AND MATERIALS. FIRST USE: 19830510. FIRST USE IN COMMERCE: 19840525 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Design Search Code** | |
| **Serial Number** | 73811720 |
| **Filing Date** | July 28, 1988 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 1, 1987 |
| **Registration Number** | 1478065 |
| **Registration Date** | February 23, 1988 |
| **Owner** | (REGISTRANT) WHITE CAP INDUSTRIES, INC. CORPORATION CALIFORNIA 1834 EAST EDINGER SANTA ANA CALIFORNIA 92705 |
| | (LAST LISTED OWNER) WHITE CAP CONSTRUCTION SUPPLY, INC. CORPORATION CALIFORNIA 3120 AIRWAY AVE. COSTA MESA CALIFORNIA 92626 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | SAMUEL B. STONE |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

1

2

United States Patent and Trademark Office

Home Site Index Search FAQ Glossary Guides Contacts eBusiness eBiz alerts News Help

3

Trademarks > Trademark Electronic Search System(Tess)

4

*TESS was last updated on Wed Apr 18 04:17:19 EDT 2007*

5

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

6

**Record 1 out of 1**

7

TARR Status | ASSIGN Status | TDR | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

8

## WHITE CAP

9

10

| | |
|---|---|
| **Word Mark** | WHITE CAP |
| **Goods and Services** | IC 019. US 001 012 033 050. G & S: non-metallic building materials, namely, soffits, sewer and drain pipe of ceramic or earthenware or concrete or sandstone; deck drains of concrete or ceramic; bituminous waterproofing sheets; non-metal storm water pollution prevention products used as construction materials, namely storm water channels, erosion control jute mesh mats, silt fencing, drain filters, sand bags; non-metal concrete forming products, namely, panels, grout bags, rock texture mats, non-chemical concrete bond brakers, expansion board, curb and gutter felt, rebar caps, column forms, and form board. FIRST USE: 20040201. FIRST USE IN COMMERCE: 20040201 |

11

12

| | |
|---|---|
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Design Search Code** | |
| **Serial Number** | 78391771 |
| **Filing Date** | March 26, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 1, 2005 |
| **Registration Number** | 3048812 |
| **Registration Date** | January 24, 2006 |
| **Owner** | (REGISTRANT) White Cap Construction Supply, Inc. CORPORATION DELAWARE 3120 Airway Ave Costa Mesa CALIFORNIA 92626 |
| **Attorney of Record** | Steven C Sereboff |
| **Prior Registrations** | 1478085;2619417 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States Patent and Trademark Office

Home Site Index Search FAQ Glossary Guides Contacts eBusiness eBiz alerts News Help

**Trademarks > Trademark Electronic Search System(Tess)**

*TESS was last updated on Sat Apr 14 04:19:30 EDT 2007*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] SEARCH OG [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *(Use the "Back" button of the Internet Browser to return to TESS)*

**White Cap**

| | |
|---|---|
| Word Mark | WHITE CAP |
| Goods and Services | IC 019. US 001 012 033 050. G & S: non-metal building materials, namely, soffits, sewer and drain pipe of ceramic or earthenware or concrete or sandstone; deck drains of concrete or ceramic; bituminous waterproofing sheets; non-metal storm water pollution prevention products used as construction materials; namely storm water channels, erosion control jute mesh mats, silt fencing, drain filters, drainage absorption products, sand bags; non-metal concrete forming products, namely, panels, grout bags, rock texture mats, non-chemical concrete bond brakers, expansion board, curb and gutter felt, rebar caps; column forms, and form board. FIRST USE: 20040201. FIRST USE IN COMMERCE: 20040201 |
| Mark Drawing Code | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| Design Search Code | |
| Serial Number | 78391786 |
| Filing Date | March 26, 2004 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | September 20, 2005 |
| Registration Number | 3028834 |
| Registration Date | December 13, 2005 |
| Owner | (REGISTRANT) White Cap Construction Supply, Inc. CORPORATION DELAWARE 3120 Airway Ave Costa Mesa CALIFORNIA 92626 |
| Attorney of Record | Steven C Sereboff |
| Prior Registrations | 1478065;2619417 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

---

Complaint                                                    9                                                    **Exhibit C**

✎ AO 120 (Rev. 3/04)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
| --- | --- |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the Southern Dist. of Calif.___ on the following Ｇ Patents or Ｇ Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT for the Southern Dist. of Calif. |
| --- | --- | --- |
| PLAINTIFF<br><br>White Cap Construction Supply, Inc. and HD Supply Construction Supply, Ltd., | | DEFENDANT<br><br>The Domain Name oceanographical.com, in rem, TierraNet Domain Name Registrar |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| --- | --- | --- | --- |
| 1 | 1,478,065 | 2/23/1988 | White Cap Construction Supply, Inc. |
| 2 | 3,026,834 | 12/13/2005 | White Cap Construction Supply, Inc. |
| 3 | 3,048,812 | 1/24/2006 | White Cap Construction Supply, Inc. |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>Ｇ Amendment    Ｇ Answer    Ｇ Cross Bill    Ｇ Other Pleading | |
| --- | --- | --- |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
| --- |
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
| --- | --- | --- |
| | | |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

# UNITED STATES
# DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 143862    — KD

October 30, 2007
10:30:00

## Civ Fil Non-Pris

USAO #.: 07CV2064
Judge..: WILLIAM Q HAYES
Amount.:                    $350.00 CK
Check#.: BC 3372

Total—>  $350.00

FROM: CIVIL FILING
      WHITE CAP CONSTRUCTION SUPPLY,
      INC. V. TIERRANET,INC.

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

White Cap Construction Supply, Inc.

07 OCT 30 PM 1:06

**DEFENDANTS**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**(b)** County of Residence of First Listed Plaintiff    Orange
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    TierraNet, Inc.
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Michael D. Harris, SoCal IP Law Group LLP
310 N. Westlake Blvd., Suite 120, Westlake Village, CA 91362

Attorneys (If Known)

07CV  2064 WQH CAB

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☒ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Anticybersquatting Consumer Protection Act – 15 U.S.C. § 1125(d)

Brief description of cause:
Order transfer in rem of domain name whitecap.com by defendant trademark registrar

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY**

(See instructions):

JUDGE _____    DOCKET NUMBER _____

DATE    10/22/2007

SIGNATURE OF ATTORNEY OF RECORD    *Michael Harris*  Michael D. Harris

Digitally signed by Michael D. Harris
DN: cn=Michael D. Harris, o=SoCal IP Law Group LLP, ou, email=mharris@socalip.com, c=US
Date: 2007.10.19 16:09:36 -0700'

**FOR OFFICE USE ONLY**

RECEIPT #  143862    AMOUNT  $350    APPLYING IFP  No  10/30/07    JUDGE _____    MAG. JUDGE _____