Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 OCT 30 PM 4:50
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ lp _____ DEPUTY

White Cap Construction Supply, Inc.

vs

The Domain Name oceanographical.com, in rem, TierraNet, Inc., Domain Name Registrar

**SUMMONS IN A CIVIL ACTION**
Case No.

'07 CV 2064 WQH CAB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Michael D. Harris
SoCal IP Law Group LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

OCT 3 0 2007
DATE

By _____ Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)