Michael D. Harris (Calif. Bar. No. 59,470)
Email: mharris@socalip.com
Steven C. Sereboff, (Cal. Bar No. 156,731)
Email: ssereboff@socalip.com
**SoCal IP Law Group llp**
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362
Phone: (805) 230-1350 x246 • Fax: (805) 230-1355

Attorneys for Plaintiff White Cap Construction Supply, Inc.

# United States District Court

## Southern District of California

| | |
|---|---|
| White Cap Construction Supply, Inc., <br>   Plaintiff, <br>     v. <br> The Domain Name *oceanographical.com*, in rem, TierraNet, Inc., Domain Name Registrar <br>   Defendant. | Case No. 07cv2064 WQH (CAB) <br><br> Plaintiff's Statement of Non-Opposition to Ex Parte Application to Withdraw Answer |

  Plaintiff, White Cap Construction Supply, Inc., does not object to Defendant's Ex Parte Application to Withdraw Answer.

| | |
|---|---|
| January 8, 2008 | /s/ Michael D. Harris <br> Michael D. Harris (Calif. Bar. No. 59,470) <br> **SoCal IP Law Group llp** <br> Attorney for Plaintiff White Cap Construction Supply, Inc. |

### Certificate Of Service

  I hereby certify that on January 8, 2008, I electronically filed the foregoing document using the Case Management/Electronic Case Filing ("CM/ECF") system, which will send a Notice of Electronic Filing of "Plaintiff's Statement of Non-Opposition to Ex Parte Application to Withdraw Answer to the following CM/ECF participant Christopher C. Taylor at chris@barhelpers.com.

| | |
|---|---|
| January 8, 2008 | s/ Michael Harris <br> Michael D. Harris |

Plaintiff's Statement of Non-Opposition to Ex Parte Application to Withdraw Answer   1