FILED
JAN 0 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| White Cap Construction Supply, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> The Domain Name *oceanographical.com*, in rem, TierraNet, Inc., Domain Name Registrar, <br><br> Defendants. | CASE NO. 07CV2064WQH (CAB) <br><br> ORDER GRANTING EX PARTE APPLICATION TO WITHDRAW ANSWER |

Upon ex parte application, and for good cause appearing, Defendant TierraNet, Inc.'s request to withdraw its Answer is GRANTED.

DATED: 1/9/08

_____
United States District Judge

- 1 -

[Proposed] Order Granting Ex Parte Application to Withdraw Answer (CAB)  Case No. 07CV2064WQH