| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>MICHAEL D HARRIS 59,470<br>SOCAL IP LAW GROUP LLP<br>310 N. WESTLAKE BLVD., SUITE 120<br>WESTLAKE VILLAGE, CA 91362<br>TELEPHONE NO.:        FAX NO. *(Optional)*:<br>EMAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: WHITE CAP CONSTRUCTION SUPPLY, INC. | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA<br>STREET ADDRESS: 940 FRONT STREET<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SAN DIEGO 92101<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: WHITE CAP CONSTRUCTION SUPPLY, INC. | CASE NUMBER:<br>07CV2064WQHCAB |
| DEFENDANT/RESPONDENT: OCEANOGRAPHICAL.COM, ET. AL. | |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>WO01-L076505 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the *(specify documents)*:
   Summons in A Civil Action; Complaint Against Domain Name in Rem to Transfer Domain Name Under The Anticybersquatting Consumer Protection Act, 15 U.s.c. 1125(d)

3. a. Party served *(specify name of party as shown on documents served)*:
   TIERRANET, INC.
   b. [ X ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person ur item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   ROBERT K. PEDDYCORD, Registered Agent

4. Address where the party was served:
   169 SAXONY Road SUITE 106, ENCINITAS, CA 92024

5. I served the party *(check proper box)*
   a. [  ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to rec service of process for the party  (1) on *(date)*:  (2) at *(time)*:
   b. [ X ] **by substituted service.** On *(date)*: 11/8/2007  (2) at *(time)*: 9:00 AM  I left the documents listed in item 2 with or in presence of *(name and title or relationship to person indicated in item 3)*:
   SHARON CASH, PERSON-IN-CHARGE, A white female approx. 45-55 years of age 5'8"-5'10" in height weighi 160-180 lbs with black hair
   (1) [ X ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business c the person to be served. I informed him or her of the general nature of the papers.
   (2) [  ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual pla of abode of the party. I informed him or her of the general nature of the papers.
   (3) [  ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailin addresss of the person to be served, other than a United States Postal Service post office box. I informed l or her of the general nature of the papers.
   (4) [  ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at t place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:         fron *(city)*:         or [ X ] a declaration of mailing is attached.
   (5) [  ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
Order No. 4953704 VNY

| PLAINTIFF/PETITIONER: WHITE CAP CONSTRUCTION SUPPLY, INC. | CASE NUMBER: 07CV2064WQHCAB |
|---|---|
| DEFENDANT/RESPONDENT: OCEANOGRAPHICAL.COM, ET. AL. | |

c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on *(date):*   (2) from *(city):*
   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30)
   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. [ ] **by other means** *(specify means of service and authorizing code section):*

   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [ ] as an individual defendant.
  b. [ ] as the person sued under the fictitious name of *(specify):*
  c. [ ] as occupant
  d. [X] On behalf of *(specify):* **TIERRANET, INC.**
    under the following Code of Civil Procedure section:

      [X] 416.10 (corporation)        [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)    [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association)   [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)   [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)         [ ] 415.46 (occupant)
                                          [ ] other

7. **Person who served papers**
  a. Name:  Kevin Ligocki
  b. Address:  2121 FIFTH AVE, SUITE 200, SAN DIEGO, CA 92101
  c. Telephone number:  619-232-1920
  d. The fee for service was:  $80.00
  e. I am:
    (1) [ ] not a registered California process server.
    (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [X] registered California process server:
      (i) [ ] owner  [ ] employee  [X] independant contractor
      (ii) [X] Registration No.:  1378
      (iii) [X] County:  San Diego

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: **11/16/2007**

Kevin Ligocki
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      */s/ Kevin Ligocki* (SIGNATURE)

POS-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| MICHAEL D HARRIS 59,470<br>SOCAL IP LAW GROUP LLP<br>310 N. WESTLAKE BLVD., SUITE 120<br>WESTLAKE VILLAGE        , CA 91362<br><br>TELEPHONE NO.:<br>E-MAIL ADDRESS *(Optional)*:          FAX NO. *(Optional)*:<br>ATTORNEY FOR *(Name)*:  WHITE CAP CONSTRUCTION SUPPLY, INC. | |

| UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA |
|---|
| STREET ADDRESS:  940 FRONT STREET |
| MAILING ADDRESS: |
| CITY AND ZIP CODE:  SAN DIEGO  California 92101 |
| BRANCH NAME: |

PLAINTIFF/PETITIONER: **WHITE CAP CONSTRUCTION SUPPLY, INC.**

DEFENDANT/RESPONDENT: **OCEANOGRAPHICAL.COM, ET. AL.**

| PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL | CASE NUMBER:<br>**07CV2064WQHCAB** |
|---|---|

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action**. I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is: 241 S. Figueroa St, #254 Los Angeles CA 90012

3. On *(date)*: 11/9/07    I mailed from *(city and state)*: Los Angeles, CA
   the following **documents** *(specify)*:
   SUMMONS IN A CIVIL ACTION; COMPLAINT AGAINST DOMAIN NAME IN REM TO TRANSFER DOMAIN NAME UNDER THE ANTICYBERSQUATTING CONSUMER PROTECTION ACT, 15 U.S.C. 1125(D)

   [X] The documents are listed in the *Attachment to Proof of Service by First-Class Mail--Civil (Documents Served)* (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and *(check one)*:
   a. [X] **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. [ ] **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. **Name** of person served:    ROBERT K. PEDDYCORD as Registered Agent for TIERRANET, INC.
   b. **Address** of person served    169 SAXONY RD SUITE 106 ENCINITAS, CA 92024

   [ ] The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of service by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: **Nov 16 2007**

Scott S. Weymouth                    ▶ /s/ Scott
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)       (SIGNATURE OF PERSON WHO SERVED THE PAPERS)

| Form Approved for Optional Use<br>Judicial Council of California<br>POS-030 [New January 1,2005] | **PROOF OF PERSONAL SERVICE—CIVIL**<br>(Proof of Service) | Code of Civil Procedure, §§ 1013, 1013a<br>www.courtinfo.ca.gov<br>Order No. 4953704 |
|---|---|---|