Michael D. Harris (Calif. Bar. No. 59,470)
Email: mharris@socalip.com
Steven C. Sereboff, (Cal. Bar No. 156,731)
Email: ssereboff@socalip.com
**SOCAL IP LAW GROUP LLP**
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362
Phone: (805) 230-1350 x246 • Fax: (805) 230-1355

Attorneys for Plaintiff White Cap Construction Supply, Inc.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| White Cap Construction Supply, Inc., <br><br> Plaintiff, <br><br> v. <br><br> The Domain Name *oceanographical.com*, in rem, TierraNet, Inc., Domain Name Registrar <br><br> Defendant. | Case No. 07cv2064 WQH (CAB) <br><br> Request to Clerk to Enter Default [FED. R. CIV. P. 55(a)] |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff White Cap Construction Supply, Inc. (White Cap) hereby moves for entry of default against defendant The Domain Name *oceanographical.com*, in rem, TierraNet, Inc., Domain Name Registrar.

Defendant was properly served with the summons and complaint. White Cap is simultaneously filing the proof of service.

Defendant filed an answer and then withdrew it. On January 9, 2008, the court approved the withdrawal of the answer (Docket Entry No. 8). Thus, defendant is in default.

Therefore, White Cap requests the clerk to enter default pursuant to FED. R. CIV. P. 55(a).

January 21, 2008

/s/ Michael D. Harris
Michael D. Harris (Calif. Bar. No. 59,470)
Steven C. Sereboff (Cal. Bar No. 156,731)
**SOCAL IP LAW GROUP LLP**

Attorney for Plaintiff White Cap Construction Supply, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2008, I electronically filed the foregoing document using the Case Management/Electronic Case Filing ("CM/ECF") system, which will send a Notice of Electronic Filing of "Request to Clerk to Enter Default [FED. R. CIV. P. 55(a)]" to the following CM/ECF participant:

J. Daniel Holsenback and Christopher C. Taylor
Holsenback Taylor
625 Broadway, Suite 906
San Diego, CA 92101

January 21, 2008                    /s/ Michael D. Harris
                                    Michael D. Harris.