Michael D. Harris (Calif. Bar. No. 59,470)
Email: mharris@socalip.com
Steven C. Sereboff (Cal. Bar No. 156,731)
Email: ssereboff@socalip.com
**SOCAL IP LAW GROUP LLP**
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362
Phone: (805) 230-1350 x246 • Fax: (805) 230-1355

Attorneys for Plaintiff White Cap Construction Supply, Inc.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| White Cap Construction Supply, Inc., <br>     Plaintiff, <br>         v. <br> The Domain Name *oceanographical.com*, in rem, TierraNet, Inc., Domain Name Registrar <br>     Defendant. | Case No. 07cv2064 WQH (CAB) <br> Motion to Enter Default Judgment by the Court [FED. R. CIV. P. 55(b)(2)] <br> Date: Monday, August 4, 2008 <br> Time: 11:00 a.m. <br> No Oral Argument Unless Requested by the Court |

    Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Plaintiff White Cap Construction Supply, Inc. (White Cap) moves for entry of a default judgment against defendant The Domain Name *oceanographical.com*, in rem, TierraNet, Inc., Domain Name Registrar. The court has entered default. Doc. No. 12.

    The default judgment seeks a non-monetary judgment. Instead it seeks and order by Internet domain name register TierraNet, Inc. to transfer the domain name whitecap.com to plaintiff. The Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d), a section of the Lanham Trademark Act, authorizes this relief.

    White Cap relies on the accompanying Memorandum of Points and Authorities and the Declaration of Michael Harris.

| | |
|---|---|
| June 20, 2008 | s/*Michael D. Harris/* <br> Michael D. Harris (Calif. Bar. No. 59,470) <br> Email: mharris@socalip.com <br> Attorney for plaintiffs White Cap Construction Supply, Inc. |

Motion for Default Judgment                        1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2008, I electronically filed the foregoing document using the Case Management/Electronic Case Filing ("CM/ECF") system, which will send a Notice of Electronic Filing of "Motion to Enter Default Judgment by the Court [FED. R. CIV. P. 55(b)(2)]" to the following CM/ECF participant:

> J. Daniel Holsenback and Christopher C. Taylor
> Holsenback Taylor
> 625 Broadway, Suite 906
> San Diego, CA 92101

June 20, 2008                              s/*Michael D. Harris/*
                                           Michael D. Harris