Michael D. Harris (Calif. Bar. No. 59,470)
Email: mharris@socalip.com
Steven C. Sereboff (Cal. Bar No. 156,731)
Email: ssereboff@socalip.com
**SOCAL IP LAW GROUP LLP**
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362
Phone: (805) 230-1350 x246 • Fax: (805) 230-1355

Attorneys for Plaintiff White Cap Construction Supply, Inc.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| White Cap Construction Supply, Inc.,<br>    Plaintiff,<br>       v.<br>The Domain Name *oceanographical.com*, in rem, TierraNet, Inc., Domain Name Registrar<br>    Defendant. | Case No. 07cv2064 WQH (CAB)<br><br>Notice of Motion to Enter Default Judgment by the Court [FED. R. CIV. P. 55(b)(2)]<br><br>Date: Monday, August 4, 2008<br>Time: 11:00 a.m.<br><br>No Oral Argument Unless Requested by the Court |

To, TierraNet, Inc., Domain Name Registrar of the Domain Name *oceanographical.com*, in rem:

On Monday, August 4, 2008, at 11:00 a.m., plaintiff White Cap Construction Supply, Inc. (White Cap) will move for entry of a default judgment against defendant The Domain Name *oceanographical.com*, in rem, TierraNet, Inc., Domain Name Registrar. FED. R. CIV. P. 55(b)(2). There will be no oral argument unless the court requests it.

White Cap will rely on the accompanying Motion to Enter Default Judgment, Memorandum of Points and Authorities supporting the motion and the Declaration of Michael Harris.

| | |
|---|---|
| June 20, 2008 | s/*Michael D. Harris/*<br>Michael D. Harris (Calif. Bar. No. 59,470)<br>Email: mharris@socalip.com<br>Attorney for plaintiffs White Cap Construction Supply, Inc. |

Notice of Motion for Default Judgment            1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2008, I electronically filed the foregoing document using the Case Management/Electronic Case Filing ("CM/ECF") system, which will send a Notice of Electronic Filing of "Notice of Motion to Enter Default Judgment by the Court [FED. R. CIV. P. 55(b)(2)]" to the following CM/ECF participant:

> J. Daniel Holsenback and Christopher C. Taylor
> Holsenback Taylor
> 625 Broadway, Suite 906
> San Diego, CA 92101

June 20, 2008                             /s/ Michael D. Harris
                                          Michael D. Harris.

---

Notice of Motion for Default Judgment            2