Michael D. Harris (Calif. Bar. No. 59,470)
Email: mharris@socalip.com
Steven C. Sereboff (Cal. Bar No. 156,731)
Email: ssereboff@socalip.com
**SoCal IP Law Group llp**
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362
Phone: (805) 230-1350 x246 • Fax: (805) 230-1355

Attorneys for Plaintiff White Cap Construction Supply, Inc.

# United States District Court

## Southern District of California

| | |
|---|---|
| White Cap Construction Supply, Inc., Plaintiff, v. The Domain Name *oceanographical.com*, in rem, TierraNet, Inc., Domain Name Registrar Defendant. | Case No. 07cv2064 WQH (CAB) Declaration of Michael Harris in Support of Motion to Enter Default Judgment by the Court Date: Monday, August 4, 2008 Time: 11:00 a.m. No Oral Argument Unless Requested by the Court |

I, Michael Harris, declare as follows:

1. I am a member of the State Bar of California and admitted to the bar of this court pro hac vice. I represent plaintiff White Cap Construction Supply, Inc.

2. When this declaration identifies an exhibit, a true and correct copy of the exhibit is attached to this declaration.

3. Exhibit B is a copy of the printout from the United States Patent and Trademark Office (PTO) website for White Cap's Trademark Registration No. 1,478,065.

4. Exhibit C is a copy of the printout from the PTO website for White Cap's Trademark Registration No. 3,026,843.

5. Exhibit D is a copy of the printout from the PTO website for White Cap's Trademark Registration No. 3,048,812.

Harris Declaration in Support of Motion for Default Judgment    1

6. I have accessed the www.whitecap.com in the past. The displayed web page would show *oceanographical.com* in the address box of my Firefox Internet browser. The display showed an ocean map from a United States Navy web site. Accessing the www.whitecap.com web site now yields different results. *Oceanographical.com* still shows in the address box of my Internet browser, but the browser now reports a potential computer safety issue at that web address. Exhibit E is the printout from my web browser. Internet Explorer web browser's report of computer safety issues differs slightly.

7. Exhibit F is a copy of the judgment in *Simpson Strong-Tie Company Inc. v. Esrey* from the United States District Court for the Northern District of California. I obtained a copy of the judgment from Pacer.

8. According to a search I conducted on the "Whois" database, *whitecap.com* is registered to *oceanographical.com*, which allegedly is located at 3453 Ingraham St., Suite B, San Diego, CA 92109. I conducted another search on the Google Maps website for that address. According to Google Maps, First Class Mailboxes & Services is located at that address. Exhibit G is the copy of the Google Maps web page.

9. The "Whois" database also says that the domain name registrar for *oceanographical.com* is AW Registry, Inc. However, a representative of AW Registry, Inc. provided me with an agreement, Exhibit H, selling all web-hosting accounts for AW Registry, Inc. to TierraNet. Thus, TierraNet is the registrar for whitecap.com.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed June 20, 2008

*[signature]*
Michael D. Harris

---

Harris Declaration in Support of Motion for Default Judgment     2

# CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2008, I electronically filed the foregoing document using the Case Management/Electronic Case Filing ("CM/ECF") system, which will send a Notice of Electronic Filing of "Declaration of Michael Harris in Support of Motion to Enter Default Judgment by the Court" to the following CM/ECF participant:

J. Daniel Holsenback and Christopher C. Taylor
Holsenback Taylor
625 Broadway, Suite 906
San Diego, CA 92101

June 20, 2008                    /s/ Michael D. Harris
                                 Michael D. Harris

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System(Tess)

TESS was last updated on Sat Apr 14 04:19:30 EDT 2007

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout   Please logout when you are done to release system resources allocated for you.

**Record 1 out of 1**

TARR Status | ASSIGN Status | TDR | TTAB Status   (Use the "Back" button of the Internet Browser to return to TESS)

**White Cap**

| | |
|---|---|
| Word Mark | WHITE CAP |
| Goods and Services | IC 042. US 101. G & S: RETAIL STORE AND DISTRIBUTORSHIP SERVICES IN THE FIELD OF CONSTRUCTION TOOLS, EQUIPMENT AND MATERIALS. FIRST USE: 19830510. FIRST USE IN COMMERCE: 19840525 |
| Mark Drawing Code | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| Design Search Code | |
| Serial Number | 73611720 |
| Filing Date | July 28, 1986 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | December 1, 1987 |
| Registration Number | 1478065 |
| Registration Date | February 23, 1988 |
| Owner | (REGISTRANT) WHITE CAP INDUSTRIES, INC. CORPORATION CALIFORNIA 1934 EAST EDINGER SANTA ANA CALIFORNIA 92705 |
| | (LAST LISTED OWNER) WHITE CAP CONSTRUCTION SUPPLY, INC. CORPORATION CALIFORNIA 3120 AIRWAY AVE. COSTA MESA CALIFORNIA 92626 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | SAMUEL B. STONE |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). |
| Live/Dead Indicator | LIVE |

**Exhibit B**



t

**Exhibit C**

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System(Tess)

TESS was last updated on Sat Apr 14 04:19:30 EDT 2007

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

**Record 1 out of 1**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

**White Cap**

| | |
|---|---|
| Word Mark | WHITE CAP |
| Goods and Services | IC 019. US 001 012 033 050. G & S: non-metal building materials, namely, soffits, sewer and drain pipe of ceramic or earthenware or concrete or sandstone; deck drains of concrete or ceramic; bituminous waterproofing sheets; non-metal storm water pollution prevention products used as construction materials, namely storm water channels, erosion control jute mesh mats, silt fencing, drain filters, drainage absorption products, sand bags; non-metal concrete forming products, namely, panels, grout bags, rock texture mats, non-chemical concrete bond brakers, expansion board, curb and gutter felt, rebar caps, column forms, and form board. FIRST USE: 20040201. FIRST USE IN COMMERCE: 20040201 |
| Mark Drawing Code | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| Design Search Code | |
| Serial Number | 78391786 |
| Filing Date | March 26, 2004 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | September 20, 2005 |
| Registration Number | 3026834 |
| Registration Date | December 13, 2005 |
| Owner | (REGISTRANT) White Cap Construction Supply, Inc. CORPORATION DELAWARE 3120 Airway Ave Costa Mesa CALIFORNIA 92626 |
| Attorney of Record | Steven C Sereboff |
| Prior Registrations | 1478065;2619417 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

Exhibit D

Case 3:07-cv-02064-WQH-CAB     Document 13-3     Filed 06/20/2008     Page 7 of 11



**Secure Connection Failed**

www.fnmoc.navy.mil uses an invalid security certificate.

The certificate is not trusted because the issuer certificate is unknown.

(Error code: sec_error_unknown_issuer)

- This could be a problem with the server's configuration, or it could be someone trying to impersonate the server.
- If you have connected to this server successfully in the past, the error may be temporary, and you can try again later.

Or you can add an exception...

Exhibit E

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMPSON STRONG-TIE COMPANY, INC., a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>TODD ERSEY, an individual dba ESREY.COM,<br><br>    Defendant.<br>_____/ | No. C 04-04608 CW<br><br>**JUDGMENT** |

    For the reasons set forth in Magistrate Judge Bernard Zimmerman's Report and Recommendation Re: Plaintiff's Motion for Default Judgment filed August 5, 2005, and adopted by this Court,

    IT IS ORDERED AND ADJUDGED

    That default judgment is entered against Defendant Todd Esrey, an individual dba esrey.com. Plaintiff Simpson Strong-Tie Company, Inc., shall recover of Defendant Todd Esrey, an individual dba esrey.com, the sum of $29,743.67 (which includes $10,000 in damages, $16,257.96 in attorneys' fees, and $3,485.71 in costs), with interest thereon as provided by 28 U.S.C. § 1961. The Defendant, his agents, and all persons acting for, with, by, or through him, are enjoined as follows:

    1.    To refrain from using Plaintiff's marks, or any derivation or combination of words thereof, for any

        reason, including in domain names and on the Internet.

2.    Pursuant to 15 U.S.C. § 1118, to destroy any reproduction, counterfeit, copy, or colorable imitation of the infringing domain names, in whatever format, and all plates, molds, matrices, and other means of making the same.

Entered at Oakland, California, this 19th day of September, 2005.

```
                              RICHARD W. WIEKING
                              CLERK

                              /s/ SHEILAH CAHILL
                         By:_____
                              SHEILAH CAHILL
                              Deputy Clerk
```

Exhibit F

Case 4:04-cv-04608-CW Document 103 Filed 09/20/05 Page 10 of 11

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

Simpson Strong-Tie Company Inc,

        Plaintiff,

  v.

Esrey et al,

        Defendant.

Case Number: CV04-04608 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/19/05, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arthur J. Shartsis
James P. Martin
Richard F. Munzinger
Tracy L. Salisbury
Shartsis Friese LLP
One Maritime Plaza, 18th Floor
San Francisco, CA 94111

Mr. Todd Esrey
595 Brennan Street
San Jose, CA 95103

Dated: 9/19/05

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

Exhibit F





A. **First Class Mailboxes** & Services
3453 Ingraham St, San Diego, CA - (858) 274-6245 - 0.1 mi N

Results 1-1 of about 3 for **"first class mailboxes"** near **3453 Ingraham St, San Diego, CA 92109**

Exhibit G