**FILED**
SEP -5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| White Cap Construction Supply, Inc.,<br>    Plaintiff,<br>        v.<br>The Domain Name *oceanographical.com*, in rem, TierraNet, Inc., Domain Name Registrar,<br>    Defendant. | Case No. 07cv2064 WQH (CAB)<br><br>Default Judgment |

For good cause shown, based upon defendant's default, and as stated in this court's August 27, 2008, order,

judgment is granted plaintiff White Cap Construction Supply, Inc. against defendant The Domain Name oceanographical.com, in rem, TierraNet, Inc., Domain Name Registrar.

Pursuant to the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d), within five days of the entry of this judgment, TierraNet, Inc. shall transfer the domain name *whitecap.com* from oceanographical.com to plaintiff White Cap Construction Supply, Inc.

Judgment                                                                 1

The court awards plaintiff no other relief including costs.

**SO ORDERED**

Dated: 9/5/08, 2008

William Q. Hayes
United States District Judge

Submitted September 3, 2008, by

s/*Michael D. Harris*/
Michael D. Harris (Calif. Bar. No. 59,470)
Email: mharris@socalip.com
Attorney for plaintiffs White Cap Construction Supply, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2008, I served this "Default Judgment [Proposed]" by email to:

Christopher C. Taylor
Chris@barhelpers.com
Holsenback Taylor
625 Broadway, Suite 906
San Diego, CA 92101

September 3, 2008

/ *Michael D. Harris*
Michael D. Harris

Judgment   2